```
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ERIC MARIN,<br><br>        Plaintiff,<br><br>            v.<br><br>MICHAEL J. ASTRUE,<br>  Commissioner of<br>  Social Security,<br><br>        Defendant. | CIVIL NO. 1:10-CV-00375 SKO<br><br>STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 15 days, up to and including November 19, 2010, to respond to Plaintiff's motion for summary judgment. This request is due to an unusually heavy work load. Between the time Plaintiff filed his brief on October 4, 2010, and November 4, 2010, the undersigned counsel for the Commissioner was responsible for filing briefs in 7 district court matters, plus a Ninth Circuit appeal. During this time, Counsel has also been out of the office for three days on previously scheduled leave. Due to these circumstances, Counsel was unable to complete the Commissioner's brief by the original due date and respectfully requests and additional 15 days.

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 5, 2010        /s/*Young Cho*
                               (As authorized via email)
                               YOUNG CHO
                               Attorney for Plaintiff

Dated: November 5, 2010        BENJAMIN B. WAGNER
                               United States Attorney
                               LUCILLE GONZALES MEIS
                               Regional Chief Counsel, Region IX
                               Social Security Administration


                               /s/ *Elizabeth Firer*
                               ELIZABETH FIRER
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

## ORDER

Upon the parties' stipulation, it is ORDERED that Defendant shall file his responsive brief **by no later than November 19, 2010**. All deadlines in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 6-1 ¶ 14.)

IT IS SO ORDERED.

**Dated:   November 8, 2010**              /s/ **Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE